1  **Andrew P. Holland/Bar No. 224737**
   **THOITS LAW**
2  A Professional Corporation
   400 Main Street, Suite 250
3  Los Altos, California 94022
   Telephone: (650) 327-4200
4  Facsimile: (650) 325-5572

5  **Attorneys for Defendant**
   **Fresh Healthy Media, LLC**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **DUFFY ARCHIVE LIMITED,** | No. **4:21-cv-08101-HSG** |
| Plaintiff, | **STIPULATION AND ORDER TO ENLARGE TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **FRESH HEALTHY MEDIA, LLC dba VEGNEWS MAGAZINE,** | |
| Defendant. | |

Plaintiff Duffy Archive Limited ("Plaintiff") and Defendant Fresh Healthy Media, LLC dba VegNews Magazine ("Defendant") respectfully submit the following stipulation to enlarge time to respond to the complaint pursuant to Federal Rule of Civil Procedure 6(b).

WHEREAS the complaint was filed on October 17, 2021;

WHEREAS the parties previously agreed to extend the time by which a responsive pleading must be filed to December 31, 2021, January 10, 2022 and January 24, 2022, and the Court entered Orders to that effect;

WHEREAS the parties have made significant progress in their settlement discussions which are ongoing and believe it is in both parties' interest to try to reach an early resolution through these discussions rather than spending resources litigating the matter;

WHEREAS the parties believe that Defendant having a further extension of time to

respond to the complaint would potentially save judicial resources and allow the parties to focus their resources on trying to reach an informal resolution.

THEREORE, THE PARTIES HEREBY STIPULATE THAT:

Defendant shall have until February 7, 2022 to file a responsive pleading to the complaint and that by filing this stipulation, Defendant does not waive any right to challenge the complaint on any grounds, including, but not limited to, lack of jurisdiction and improper venue.

IT IS SO STIPULATED.

Dated:  January 24, 2022

**SRIPLAW**

By: _____/s/ Jonah. A Grossbardt_____
**Jonah A. Grossbardt**
**Attorneys for Plaintiff**
**Duffy Archive Limited**

Dated:  January 24, 2022

**THOITS LAW**

By: _____/s/ Andrew P. Holland_____
**Andrew P. Holland**
**Attorneys for Defendant**
**Fresh Healthy Media, LLC**

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have until February 7, 2022 to answer or otherwise respond to Plaintiff's complaint without waiving any right to challenge the complaint on any grounds, including, but not limited to, lack of jurisdiction and improper venue.

Dated: 1/24/2022

_____
**UNITED STATES DISTRICT COURT JUDGE**